FREDERICK J. SCHNEIDER, Appellant, *v.* LILLIAN F. SWARTELE et al., Defendants, and WILLIAM WEIBLE et al., Respondents.

Argued March 15, 1937; decided April 20, 1937.

*Harold G. Hutchens* for appellant.
*Frederick A. Mann* for William Weible, respondent.
*Carroll M. Roberts* for George Schnackel, respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN and FINCH, JJ. Taking no part, RIPPEY, J.